FILED

11/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0655

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0655

LEAH STEMBLER,

     Petitioner and Appellee,

v.

VINCENT GELDERLOOS,

     Respondent and Appellant.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

STEVEN HANSON the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Steven Hanson's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT JEANETTE BERRY whose name appears next on the list of attorneys desiring appointment as mediators for domestic relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 30th day of November, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c: Jami Rebsom
Helene Orenstein
Jeannette BerryN